UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Venuto v. Davol, Inc. et al.*
Case No. 2:20-cv-4109

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 4.)  Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party."  Fed. R. Civ. P. 25(a)(1).  "A motion for substitution may be made by any party or by the decedent's successor or representative."  *Id.*

Following Plaintiff's death, his wife Susan Venuto was appointed as administrator of his estate.  (ECF No. 4.)  Plaintiff now moves for the substitution of Susan Venuto, as Administrator of the Estate of Louis Venuto as the proper plaintiff.  (*Id*.)  Plaintiff's unopposed Motion to Substitute Susan Venuto as the proper plaintiff is **GRANTED**.  The Clerk is directed to substitute Susan Venuto, as Administrator of the Estate of Louis Venuto as Plaintiff in place of Louis Venuto.

IT IS SO ORDERED.


9/23/2022  
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE